# UNITED STATES DISTRICT COURT
for the

District of

Appendix D

Teresa J. Scott
_____
*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*
-v-

Macon - Bibb County, Georgia
_____
*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*  ☒ Yes   ☐ No

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

### I. The Parties to This Complaint

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

- Name: Plaintiff Teresa J. Scott
- Street Address: 6105 Peake Road
- City and County: Macon-Bibb County
- State and Zip Code: Georgia 31220
- Telephone Number: (478) 731-2857
- E-mail Address: d2801@aol.com

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1
- Name: Macon-Bibb County, Georgia
- Job or Title *(if known)*: c/o Hon. Lester Miller, Mayor

| | |
|---|---|
| Street Address | 700 Poplar Street |
| City and County | Macon - Bibb County |
| State and Zip Code | Georgia 31201 |
| Telephone Number | (478) 751-7400 |
| E-mail Address *(if known)* | N/a |

Defendant No. 2
- Name
- Job or Title *(if known)*
- Street Address
- City and County
- State and Zip Code
- Telephone Number
- E-mail Address *(if known)*

Defendant No. 3
- Name
- Job or Title *(if known)*
- Street Address
- City and County
- State and Zip Code
- Telephone Number
- E-mail Address *(if known)*

Defendant No. 4
- Name
- Job or Title *(if known)*
- Street Address
- City and County
- State and Zip Code
- Telephone Number
- E-mail Address *(if known)*

## C.   Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Macon-Bibb County Board of Tax Assessors |
| Street Address | 653 Second Street |
| City and County | Macon-Bibb County |
| State and Zip Code | Georgia 31201 |
| Telephone Number | (478) 621-6701 |

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

- [x] Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

    *(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

- [ ] Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

    *(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

- [ ] Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

    *(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

- [x] Other federal law *(specify the federal law)*: The Civil Rights Act of 1866, 42 U.S.C. § 1981, and Civil Rights Act of 1871, 42 U.S.C. § 1983

- [ ] Relevant state law *(specify, if known)*:

- [ ] Relevant city or county law *(specify, if known)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- [ ] Failure to hire me.
- [ ] Termination of my employment.
- [x] Failure to promote me.

☐ Failure to accommodate my disability.
☑ Unequal terms and conditions of my employment.
☐ Retaliation.
☑ Other acts (specify): Failure to Reclassify and Pay discrimination
(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)

B. It is my best recollection that the alleged discriminatory acts occurred on date(s)
Continuing Action from the date of my permanent reclassification in 2008 to the present.

C. I believe that defendant(s) (check one):
☑ is/are still committing these acts against me.
☐ is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my (check all that apply and explain):
☑ race          Black or African American
☑ color         Black
☐ gender/sex
☐ religion
☐ national origin
☐ age (year of birth) _____ (only when asserting a claim of age discrimination.)
☐ disability or perceived disability (specify disability)

E. The facts of my case are as follows. Attach additional pages if needed.
Since I was hired on the Appraiser Track in 2008, I have been subjected to disparate treatment regarding the terms and conditions of my employment and a hostile work environment. In 2008, I was placed as an Appraiser Trainee, and passed the exam, but my Managers (Andrea Crutchfield and Jody Clayborn) refused to reclassify me to an Appraiser I. While I was finally reclassified to an Appraiser II, it took me much longer to receive this reclassification than my white coworkers, even though I met all of the qualifications. On 02/20/2020, my direct supervisor (Desiree Murray) found that I qualified for a promotion and recommended reclassification for an Appraiser III, but the same Managers refused the reclassification without providing a reason of denial. I am being treated less favorably based on my race and color.
(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)

33

### IV. Exhaustion of Federal Administrative Remedies

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

_August 19, 2020 (Exhibit A)_

B. The Equal Employment Opportunity Commission *(check one)*:

☐ has not issued a Notice of Right to Sue letter.

☒ issued a Notice of Right to Sue letter. which I received on *(date)*  _On or after 04/19/2021 (Exhibit B)_

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐ 60 days or more have elapsed.
☐ less than 60 days have elapsed.

### V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

_All relief allowable under Title VII of the Civil Rights Act, including Back Pay and fringe benefits that should have been entitled had I received the proper promotion, Front Pay, Injunctive Relief, Compensatory and Punitive Damages (if available) in the amount of no less than $300,000.00 and Cost of litigation including attorney's fee if I seek Counsel._
_All relief allowable under 42 U.S.C § 1981 and 42 U.S.C § 1983_

### VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.     For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 07/15/2021

Signature of Plaintiff: Teresa J. Scott
Printed Name of Plaintiff: Teresa J. Scott

**B.     For Attorneys**

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address