IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| TERESA J. SCOTT , | * | |
| Plaintiff, | * | |
| v. | | Case No. 5:21-cv-239 (MTT) |
| | * | |
| MACON BIBB COUNTY GEORGIA, et al. , | * | |
| Defendants. | * | |

**J U D G M E N T**

Pursuant to this Court's Order dated August 7, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 7th day of August, 2026.

David W. Bunt, Clerk

s/ Raven K. Alston, Deputy Clerk